IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DONNA HICKS**                                                                          **PLAINTIFF**

**v.**                                **CASE NO. 2:08CV00075 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Donna Hicks.

IT IS SO ORDERED this 17th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE